IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CASE NO. 1:11-cv-078-ID |
| ) | |
| ) | |
| WARDEN, DOTHAN CITY JAIL, *et al.,* ) | |
| ) | |
| Respondents.  ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the petition for writ of habeas corpus is DISMISSED without prejudice due to Petitioner's failures to comply with the orders of this court and to prosecute this action.

A separate judgment shall issue.

Done this 29th day of March, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE