IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:11-CV-078-TMH |
| | ) |
| WARDEN, DOTHAN CITY JAIL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 42) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 42) of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2254 petition for habeas relief filed by Petitioner is DISMISSED as moot; and

3. Petitioner's request for money damages is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 22nd day of April, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE